UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AUSTIN CHANCE EVANS,<br><br>Plaintiff,<br><br>v.<br><br>MEGANN NICOLE MCALLISTER,<br><br>Defendant. | Case No. 2:23-cv-00358-BLW<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal of this action pursuant to F.R.C.P. 41(a)(1)(A), signed by all parties who have appeared in this action (Dkt. 58), the above-captioned action is automatically terminated in its entirety with prejudice.[1] *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order).

DATED: May 22, 2024

B. Lynn Winmill
U.S. District Court Judge

---

[1] It appears that the Settlement Agreement contemplates the dismissal of all litigation between the parties in this District. *See* Dkt. 58, Ex. A. However, the joint stipulation only refers to "the case." Therefore, if the parties wish to dismiss any of the other lawsuits, a similar motion must be filed in each matter.

**ORDER RE: STIPULATION OF DISMISSAL - 1**